83406-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 09 2015

Abel Acosta, Clerk

DIEUDONNE KAZABUKEYE

V.

THE STATE OF TEXAS

RE: C-371-009983-1185922-A

DATE WRIT FILED: 8/13/2013

TO THE HONORABLE JUDGE(S), I AM WRITING THIS SIMPLE LETTLE CONCERNING THE POST CONVICTION WRIT NUMBERED ABOVE.

IT IS GOING TO BE 2 YEARS SINCE THE COURT RECEIVED AND FILED THIS WRIT. THE ANSWER I BEEN GETTING FROM TARRANT COUNTY DISTRICT CLERK IS: "CASE IS PENDING IN TRIAL COURT. YOU WILL BE NOTIFIED WHEN THE CASE IS FORWARDED TO THE COURT OF CRIMINAL APPEALS."

PRAYERS.

I PRAY THAT THIS COURT ORDER THE TRIAL COURT TO TRANSMIT IMMEDIATEALY THE WRIT NUMBERED ABOVE TO THE COURT OF CRIMINAL APPEALS, AND ORDER THE RELIEF ENTITLED TO THE APPLICANT.

RESPECTFULLY SUBMITTED ON THIS 06/02/2015

DIEUDONNE KAZABUKEYE

TDCJ ID #1636472

MIDDLETON UNIT
13055 FM 3522
ABILENE TX 79601